IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONYA ATKINSON, ) | CIVIL ACTION |
| ) | |
| Plaintiff, ) | No. 2:18-cv-00106-CB |
| ) | |
| v. ) | |
| ) | |
| UPMC PASSAVANT, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)91) of the Federal Rules of Civil Procedure, Plaintiff, Tonya Atkinson, and Defendant, UPMC Passavant, hereby stipulate to the dismissal of the above-captioned action, with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: September 7, 2018                                            Respectfully submitted,


/s/ Prabhu Narahari                                                 /s/ Kurt A. Miller
Prabhu Narhari                                                      Kurt A. Miller

KRAEMER, MANES & ASSOCIATES, LLC                                    CLARK HILL PLC

US Steel Tower                                                      One Oxford Centre
600 Grant Street, Suite 4875                                        301 Grant Street, 14th Floor
Pittsburgh, PA  15219                                               Pittsburgh, PA  15219
Telephone:  (412) 626-5595                                          Telephone:  (412) 394-2363
Facsimile:  (412) 283-6050                                          Facsimile:  (412) 394-2555

*Attorneys for Plaintiff, Tonya Atkinson*                           *Attorneys for Defendant, UPMC Passavant*

220219865